IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES S. SILVERIA, | ) | CIV 12-00096 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JP MORGAN CHASE BANK, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed February 17, 2012 and served on all parties on February 21, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Deny Application To Proceed In Forma Pauperis And Dismiss Complaint With Leave To Amend" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 8, 2012.



_____
Alan C. Kay
Sr. United States District Judge

Silveria v. JP Morgan Chase Bank, Civ. No. 12-00096 ACK-KSC: Order Adopting Magistrate Judge's Findings and Recommendation